IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| J.M. b/n/f J.M. & S.M., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 5:24-cv-00347 |
| COMAL INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| *Defendant*. | § | |

## **CORRECTED CERTIFICATE OF SERVICE FOR NOTICE OF REMOVAL**

On April 5, 2024, I electronically filed a Notice of Removal in the above-referenced matter with the Clerk of the Court of the United States District Court for the Western District of Texas using the electronic case filing system of the Court. I hereby certify that I have served all counsel and/or pro se parties of record via email communication and regular mail to the last known address in accordance with Federal Rule of Civil Procedure 5(b)(2).

/s/ *Amber King*

Amber King